**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:  10-cv-02998-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:  February 4, 2011** | **Courtroom Deputy:**  Linda Kahoe |

JARED LUNN,

    Plaintiff,

v.

ERIC SELLERS,

THE CITY AND COUNTY OF
DENVER, COLORADO,

    Defendants.

Lonn M. Heymann
Raymond K. Bryant

Sean Timothy Olson

Sarah Elizabeth McCutcheon

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:        3:31 p.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Deadline for Amendment of pleadings/Joinder of parties**:  MARCH 21, 2011**

Discovery Cut-off**:  JUNE 30, 2011**

Dispositive Motions deadline**:  JULY 29, 2011**

Parties shall designate affirmative experts **on or before JUNE 1, 2011**

Parties shall designate rebuttal experts **on or before JUNE 15, 2011**

Each party shall be limited to **3** expert witnesses, absent leave of court.

Each party shall be limited to **10** depositions, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than MAY 27, 2011**.

Parties shall submit Updated Confidential Settlement Statements **on or before: APRIL 15, 2011**

*The settlement statements must describe: (1) what discovery has been done; (2) what information has developed since today's scheduling conference; (3) how that information affects the case assessment; and (4) the strengths and weaknesses of the case based upon what each party knows as of the date of the updated Confidential Settlement Statement. In addition, each party shall indicate a specific dollar amount it is willing to offer or accept in settlement. As a matter of professional courtesy, the parties are REQUIRED to respond to a demand or offer of settlement.*

*If the court determines that a Settlement Conference will be productive (based upon the information in the settlement statements, and based upon how the parties have used the last 60 days productively), the court will contact the parties to set an early date for a Settlement Conference.*

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**TRIAL:**
The parties anticipate a 5 day jury trial.

● Scheduling Order is signed and entered with interlineations.

Discussion regarding Motion for Entry of Stipulation and Protective Order, doc #[19], filed 1/28/2011.

**ORDERED: The court will treat the parties' responses and designations under the Rule 26(g) certification requirement.** Subject to this revision, the Motion for Entry of Stipulation and Protective Order, doc #[19], is **GRANTED** and signed.

HEARING CONCLUDED.
**Court in recess:     4:11 p.m.**
Total time in court:    00:40

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.