**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  10-cv-02998-MSK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   March 29, 2011** | **Courtroom Deputy:**   Linda Kahoe |

JARED LUNN,                                                           Lonn M. Heymann

      Plaintiff,

      v.

ERIC SELLERS,                                                       Sean Timothy Olson

THE CITY AND COUNTY OF                            Sarah Elizabeth McCutcheon
DENVER, COLORADO,

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:        10:05 a.m.**
Court calls case.  Appearances of counsel.

The court advises Mr. Heymann to file future pleadings in this case with the correct caption.

Discussion and arguments regarding Plaintiff's Motion for Leave to File Amended Complaint and Jury Demand, doc #[27], filed 3/21/2011.

Ms. McCutcheon states she would like to hold the Motion in abeyance.

Mr. Olson states no objection to the Motion.

Off record discussions regarding settlement.

**ORDERED:**  Plaintiff's Motion for Leave to File Amended Complaint and Jury Demand, doc #[27], is **DENIED WITHOUT PREJUDICE** for failure to comply with Rule 7.1A.

**ORDERED:**  The deadline for Joinder of Parties and Amendment of Pleadings is extended to Tuesday, **APRIL 12, 2011.**

**ORDERED:**  A Settlement Conference is set for Tuesday, **MAY 17, 2011 at 8:00 a.m.**  The current deadline of April 15, 2011 to submit Updated Confidential Settlement Statements is vacated.  Supplemental confidential settlement documentation shall be submitted by Thursday, **APRIL 21, 2011.**

Parties participating in ECF shall e-mail supplemental confidential settlement documentation, that is fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL supplemental confidential settlement documentation that is over fifteen (15) pages including attachments shall be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.

**Court in recess**:       **11:16 a.m.**
Total time in court:    01:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.